AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sharon Seabrooks ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   1:15-04235-JMC |
| Aiken County ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Sharon Seabrooks, take nothing of the defendant, Aiken County as to the Plaintiff's § 1983 claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having been reviewed by the Honorable Thomas E. Rogers, III, United States Magistrate Judge, who recommended in his Report and Recommendation granting in part defendant's motion to dismiss as to the Plaintiff's federal cause of action under 42 U.S.C. § 1983.

*CLERK OF COURT*

Date: August 19, 2016

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*